# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Evangeline Smith,

       Plaintiff,                      JUDGMENT IN A CIVIL CASE

vs.                                          3:07-cv-253-RJC

Michael J. Astrue,
Commissioner of Social Security,

       Defendant.

DECISION BY COURT.  This action having come before the Court by Complaint and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's October 14, 2009 Order.

                                            Signed: October 14, 2009

                                            Frank G. Johns, Clerk
                                            United States District Court